Mattie Hazel Moore Shaffer, by H. J. Shaffer, Plaintiff in Error, v. Robert Rose and P. J. Carey, Defendants in Error.

Mattie Hazel Moore Shaffer, by H. J. Shaffer, Plaintiff in Error, v. Charles Nogle, Defendant in Error.

Mattie Hazel Moore Shaffer, by H. J. Shaffer, Plaintiff in Error, v. Steve Tucker and Samuel Aiman, Defendants in Error.

### (Not to be reported in full.)

Error to the County Court of Champaign county; the Hon. ROY C. FREEMAN, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed April 16, 1917.

### Statement of the Case.

Action by Mattie Hazel Moore Shaffer, by her next friend, H. J. Shaffer, plaintiff, against Robert Rose and P. J. Carey, defendants. Also, action by same plaintiff against Charles Nogle, defendant. Also, action by same plaintiff against Steve Tucker and Samuel Aiman, defendants. These actions were commenced before a justice of the peace and on appeal to the County Court were consolidated and tried to-

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

gether. From a judgment for the defendants in each case, on a directed verdict, the plaintiff brings error in each case, and by agreement the three cases were heard on the same record.

W. A. PERKINS, for plaintiff in error.

GREEN & PALMER, for defendants in error; ORIS BARTH, of counsel.

MR. PRESIDING JUSTICE THOMPSON delivered the opinion of the court.